**Electronically Filed
Supreme Court
SCWC-17-0000895
13-FEB-2020
11:38 AM**

SCWC-17-0000895

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
also known as KAMEHAMEHA SCHOOLS,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

RONALD G.S. AU,
Petitioner/Defendant/Counterclaimant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000895; Civil No. 13-1-0420-02)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant/Counterclaimant-Appellant Ronald

G.S. Au's application for writ of certiorari filed on December

20, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 13, 2020.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

